# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CHRISTIAN QUIROZ QUEZADA, et al., | |
| Plaintiffs, | |
| v. | CV 5:24-082 |
| SAMUEL SANTES MAR, et al., | |
| Defendants. | |

**ORDER**

By Order dated April 2, 2025, the Court ordered Plaintiffs "to file an amended complaint within twenty (20) days." Dkt. No. 18 at 8. The Court warned that Plaintiffs' "failure to do so will result in dismissal of their fraud and civil RICO claims against [Defendant] Farmer John [Berries LLC]." Id.; see also Brown v. Tallahassee Police Dep't, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b))); id. (stating that the district court's "power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits" (quoting Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983))). Plaintiffs have filed no amended complaint, and the time for doing so has passed. Accordingly, Plaintiffs' claims against Farmer

John Berries LLC are **DISMISSED**.  The Clerk is **DIRECTED** to terminate Farmer John Berries LLC as a defendant in this action.  Plaintiffs' other claims remain pending at this time.

**SO ORDERED**, this 30 day of April, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA